IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ZADA WATSON | * | |
| Plaintiff | * | |
| vs. | * | |
| | | Civil Action No.:  JKB-14-0178 |
| HILTON BALTIMORE | * | |
| Defendant | * | |
| | ****** | |

**MEMORANDUM**

Pending is Defendant's Motion to Dismiss for Failure to Participate in Discovery. (ECF No. 20.)  The Plaintiff has utterly failed to meet her obligations under the discovery rules. She has failed to respond to the Defendant's interrogatories and has not agreed to participate in a deposition.  The Court finds a hearing in this matter unnecessary.

The Plaintiff was previously warned that if she did not comply with her discovery obligations by the final deadline of August 15, 2014, then she risked dismissal of her case. (ECF No. 19.)  That date has come and gone and Plaintiff has not complied.  Plaintiff has acknowledged as much in correspondence received in the Court on September 10, 2014. (ECF No. 22.)

The Defendant is entitled to engage in discovery as part of the effort to defend itself.  The Plaintiff has completely frustrated this effort, without justification.  Accordingly, pursuant to Federal Rules of Criminal Procedure, Rule 37, it is ORDERED, that the Motion to Dismiss (ECF No. 20) shall be GRANTED.  A separate Order will follow.

DATED this 12th day of September, 2014.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge